## THE ALBERT MASON.*

*(Circuit Court, S. D. New York. August 16, 1881.)*

BLATCHFORD, C. J. A careful examination of the evidence in this case leads me to the same conclusion as that arrived at by the district judge, and for the reasons stated by him. The libel must be dismissed, with costs to the claimants in the district court, taxed at $92.20, and with their costs in this court, to be taxed.

---

## THE WILLIE.†

*(Circuit Court, S. D. New York. August 27, 1881.)*

BLATCHFORD, C. J. I have carefully examined the evidence in this case, in connection with the briefs of counsel, and am of opinion that the conclusions of fact and of law arrived at by the district judge were correct. The reasons therefor are so well and fully stated by him in his decision that nothing need be said in addition. There must be a decree dismissing the libel, with costs to the claimant in the district court, as taxed, and costs to it in this court, to be taxed.

*See 2 FED. REP. 821.
†See 2 FED. REP. 95.